## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

MARIA ABOOD

          Plaintiff(s),           Case No. 17-13598

v.           Honorable Robert H. Cleland

TRANS UNION, LLC ET AL.,

          Defendant(s).
_____/

### ORDER RE: DISQUALIFICATION OF JUDGE

Pursuant to 28 U.S.C. § 455, I hereby **DISQUALIFY** myself from the above-styled case.

**IT IS ORDERED** that in accordance with E.D. Mich. LR 83.11(d), this case be reassigned by blind draw to another judge of this court.

Date: November 7, 2017            s/Robert H. Cleland
           Robert H. Cleland
           U.S. District Judge

---

Pursuant to this order, this case is reassigned to Judge Denise Page Hood.
Case assignment credit will be given to the appropriate Judicial Officers.

### Certificate of Service

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: November 7, 2017            s/ S Schoenherr
           Deputy Clerk